**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-6751**

———————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

MATTHEW DAVIS,

              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (6:95-cr-00284-JAB-1)

———————————

Submitted:  July 24, 2014          Decided:  July 29, 2014

———————————

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Matthew Davis, Appellant Pro Se.  Clifton Thomas Barrett, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Davis appeals the district court's order denying his motion for reconsideration of its order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction.[*] We have reviewed the record and find no reversible error. We therefore affirm for the reasons stated by the district court. See United States v. Davis, No. 6:95-cr-00284-JAB-1 (M.D.N.C. Apr. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED

---

[*] Although the district court granted Davis' § 3582(c)(2) motion, the reduction granted by the court did not reduce Davis' sentence to the full extent he requested.